CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 20 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Brust
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACKLYN SARA THOMAS, | ) | Civil Action No. 7:09CV00354 |
|    Plaintiff, | ) | |
| | ) | **DISMISSAL ORDER** |
| v. | ) | |
| | ) | |
| JOHN FINNERAN, JR., et al., | ) | By: Samuel G. Wilson |
|    Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Thomas's request for in forma pauperis status is **GRANTED**; that this action is **FILED**; that this action is **DISMISSED** without prejudice. This matter is stricken from the active docket of this court.

**ENTER:** This 20th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE